STEPHEN KENNEDY v. AETNA LIFE & CASUALTY
INSURANCE COMPANY AND ALLSTATE
INSURANCE COMPANY.

May 4, 1987.

Certification is vacated as improvidently granted.   (See 107
*N.J.* 71 (1987))

GLADYS SNOW v. CITY OF NEWARK.

May 4, 1987.

Petition for certification denied.

BAYSHORE REGIONAL SEWERAGE AUTHORITY v. LOCAL
UNION NO. 641, GROCERY, CANDY, FOOD PROCESSING.

May 4, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. WILLIE CARTER.

May 4, 1987.

Petition for certification denied.